# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131627 & (62)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANNE E. HEAPHY and WILLIAM J. HEAPHY,
     Plaintiffs-Appellees,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
     Defendant-Appellant.

SC: 131627
COA: 257941
Ct of Claims: 03-045407-AA

_____/

     On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the April 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023